UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYDIA McCOY

VERSUS

SC TIGER MANOR, LLC, et al.

CIVIL ACTION

NO. 19-723-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.138) dated January 28, 2021, to which an objection (Doc. 139) was filed and considered,

**IT IS ORDERED** that Plaintiff's Motion for Disqualification pursuant to 28 U.S.C. §§ 144 and 455 (R. Doc. 106) and Motion to Change Venue (R. Doc. 107) both are DENIED.

Signed in Baton Rouge, Louisiana, on February 18, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**