**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**LYDIA McCOY**

**VERSUS**

**SC TIGER MANOR, LLC, et al.**

**CIVIL ACTION**

**NO. 19-723-JWD-SDJ**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Reports dated September 9, 2022, (Doc. 252), to an objection (Doc. 254) was filed and considered;

**IT IS ORDERED** that the Motion for Summary Judgement filed by Defendant SC Tiger Manor, LLC (Doc. 236) is **GRANTED** and that all of Plaintiff Lydia McCoy's claims against Defendant SC Tiger Manor, LLC, are **DISMISSED WITH PREJUDICE.**

Signed in Baton Rouge, Louisiana, on September 27, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**