UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LYDIA McCOY | CIVIL ACTION |
| VERSUS | NO. 19-723-JWD-SDJ |
| SC TIGER MANOR, LLC, et al. | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 23, 2022, (Doc. 253), to which an objection was filed and considered, (Doc. 259);

**IT IS ORDERED** that the Motion for Summary Judgement filed by Defendant IQ Data International, Inc. (Doc. 235), is GRANTED and that all of Plaintiff Lydia McCoy's claims against IQ Data International, Inc., are DISMISSED WITH PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 11, 2022.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1